

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5105*
*P.O. Box 2098*                                  *Direct: (856) 757-5139*
*Camden, NJ 08101*                          *elizabeth.vieyra@usdoj.gov*

August 7, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    *Mullo-Uyana v. Soto, et al.*, No. 26-cv-9859 (CCC)**
> **Consent Request for Transfer to the Southern District of**
> **Mississippi**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter, which was filed on August 5, 2026. ECF No. 1. We write in furtherance of our letter requesting dismissal or transfer to the Southern District of Mississippi based on jurisdiction. ECF No. 9. Since filing the letter, this Office has been in contact with Petitioner's counsel who advised that Petitioner consents to transfer of the Petition to the Southern District of Mississippi, where Petitioner has been detained since August 4, 2026.

We thank the Court for its consideration of this matter and respectfully request transfer of the Petition to the Southern District of Mississippi on consent.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    8/10/2026